# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BISHAR AHMED A.,  Case No. 26-cv-0197 (LMP/EMB)

    Petitioner,

v.  **ORDER**

PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, *Director for Executive Office for Immigration Review*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and DAVID EASTERWOOD; *Director of the Fort Snelling Field Office of Immigration and Customs Enforcement*,

    Respondents.

---

Petitioner Bishar Ahmed A. is a native and citizen of Ethiopia who entered the United States without inspection in October 2024. *See* ECF No. 1 ¶¶ 31–32. Bishar Ahmed A. was arrested by immigration officials on January 12, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *See id.* ¶¶ 36–38. Bishar Ahmed A. alleges that he is being detained pursuant to 8 U.S.C. § 1225(b)(2), which mandates his detention, *see id.* ¶ 38, but that he is not subject to mandatory detention under

8 U.S.C. § 1225(b)(2) and instead is entitled to a bond hearing under 8 U.S.C. § 1226(a), *see id.* ¶ 74.

With respect to Bishar Ahmed A.'s argument that he is entitled to a bond hearing, this Court has concluded that noncitizens similarly situated to him are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but instead are entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025). Bishar Ahmed A. raises the same legal issues and requests essentially the same relief granted in those cases—namely, an order requiring Respondents (the "Government") to release him or conduct a bond hearing. *See* ECF No. 1 at 30–31.

This Court will not depart from its reasoning in *Roberto M. F.* and *Victor Hugo D. P.* Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government is directed to file an answer to the Petition for a Writ of Habeas Corpus (ECF No. 1) on or before Friday, January 16, 2026, certifying the true cause and proper duration of Bishar Ahmed A.'s confinement and showing cause why the writ should not issue in this case;

2. The Government's answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Bishar Ahmed A.'s detention in light of the issues raised in his Petition;

      b.      A reasoned memorandum of law and fact explaining the Government's legal position on Bishar Ahmed A.'s claims;

      c.      The Government's recommendation on whether an evidentiary hearing should be conducted; and

      d.      A good-faith argument as to whether—and if so, why—this matter, at least with respect to Bishar Ahmed A.'s argument that he is entitled to a bond hearing under 8 U.S.C. § 1226(a), is *materially* distinguishable, either factually or legally, from *Roberto M. F.* or *Victor Hugo D. P.*

3.    If Bishar Ahmed A. intends to file a reply to the Government's answer, he must do so on or before Wednesday, January 21, 2026;

4.    No further submissions from either party will be permitted except as authorized by Court order;

5.    The Government is **ORDERED** to provide notice to Bishar Ahmed A. and this Court of its intention to move Bishar Ahmed A. outside this District no less than 72 hours before any such movement is to be effectuated; and

6.    The Government is **ORDERED** not to remove Bishar Ahmed A. from the United States during the pendency of these proceedings.

Dated: January 13, 2026                    *s/Laura M. Provinzino*
                                                Laura M. Provinzino
                                                United States District Judge