# UNITED STATES DISTRICT COURT
## District of Minnesota

Bishar Ahmed Abdi,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Department of Homeland Security,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-197 (LMP/EMB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **DECLARES** that Bishar Ahmed A. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.
2. The Government is ordered to provide Bishar Ahmed A. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than January 26, 2026.
3. If the Government does not provide Bishar Ahmed A. with a bond redetermination

hearing as required by this Order, he must be immediately released from detention.

4. No later than January 27, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Bishar Ahmed A.'s release.

Date: 1/20/2026

KATE M. FOGARTY, CLERK